

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00305-CR

Pamela Annette **NEWTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 581214
Honorable Alfredo Ximenez, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on June 4, 2019. *See* TEX. R. APP. P. 35.1. Before the due date, court reporter Kandy K. Halley filed a notification of late record. She advised the court that the trial court has not yet determined whether Appellant is unable to afford payment of court costs, and she asked for an extension of time to file the reporter's record.

Court reporter Kandy K. Halley's request is GRANTED. Her reporter's record is due on July 5, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court